ORIGINAL

FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0123

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0123

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JASON HARRISON,

Respondent and Appellant.

FILED

JUN 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 27, 2020, within which to prepare, file, and serve the Opening Brief on appeal.

_____
Clerk of Court